The DeHaan Law Firm P.C.
Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

JOHN W. DEHAAN, ESQ.
WWW.DEHAAN-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2026

September 15, 2026

**Via ECF**
Hon. Katharine H. Parker, U.S. Magistrate Judge
U.S. District Court – S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J. 9/17/2026

**Re: Roldan v. Bisignano, Comm'r of Soc. Sec.**
**Docket No.: 1:26-CV-05197-JHR-KHP**

Dear Magistrate Judge Parker:

I represent the plaintiff, William Roldan, in the above-referenced matter seeking review of a denial of Social Security disability benefits. Kristina Cohn from the Office of General Counsel represents the Commissioner. I write in accordance with Your Honor's Individual Practice Rules and Local Social Security Rule 4.1 to request an extension of the briefing schedule in this matter. Specifically, I request the following changes:

| | Current Deadline | **New Deadline** |
|---|---|---|
| **Plaintiff to Serve Motion** | September 21, 2026 | **January18, 2027** |
| **Defendant to Serve Opposition** | October 21, 2026 | **March 19, 2027** |
| **Plaintiff to Serve Reply** | November 4, 2026 | **April 2, 2027** |

I make this request because I have had a multitude of conflicting and overlapping deadlines on other cases which have made it impossible for me to complete my papers by the current deadline. As a result, I have had to adjourn multiple deadlines to dates in October, November, and December already, and cannot ask for an earlier date on this case.

I have consulted with Ms. Kohn, and she consents to this request. The proposed schedule reflects her input. There have been no prior requests for any adjournment of these deadlines by the plaintiff, but the schedule had been extended as a result of the Standing Order staying actions as a result of the Government Shutdown.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**
By: /s/ John W. DeHaan
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc: Kristina Cohn, OGC (Via ECF)